# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-0685
LT Case No. 2020-102141-CFDL

_____

JASON RASHARD EDWARDS,

>     Appellant,

>     v.

STATE OF FLORIDA,

>     Appellee.

_____


On appeal from the Circuit Court for Volusia County.
James R. Clayton, Judge.

Matthew J. Metz, Public Defender, and Victoria Rose Cordero,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Mitchell E.
Sanders, Assistant Attorney General, Daytona Beach, for
Appellee.


May 14, 2024


PER CURIAM.

>     AFFIRMED.


LAMBERT, EISNAUGLE, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____